```
        IN THE UNITED STATES DISTRICT COURT FOR THE
               EASTERN DISTRICT OF VIRGINIA

                      Alexandria Division


TAWANA JEAN COOPER,            )
                               )
      Plaintiff,               )
                               )
           v.                  )    1:16cv547(JCC/TCB)
                               )
FEDEX GROUND PACKAGE SYSTEM,   )
INC.,                          )
                               )
      Defendant.               )
```

### **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that

1) Plaintiff's Rule 72 Objections [Dkts. 32, 54, 68, 75, 76] are OVERRULED;

2) The Court adopts the findings and conclusions set out in Judge Buchanan's Report and Recommendations [Dkt. 74];

3) Plaintiff's Complaint is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 37;

4) Should Plaintiff wish to appeal this Order, she must do so by filing a written notice of appeal within thirty (30) days of the date of this Order, in accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure; and

5) The Clerk of Court shall forward this Order to all counsel of record and Plaintiff, *pro se*.

THIS ORDER IS FINAL.

February 14, 2017  
Alexandria, Virginia

/s/  
James C. Cacheris  
UNITED STATES DISTRICT COURT JUDGE